

**FILED**

01/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0350

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0350

FILED

JAN 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

        Petitioner and Appellant,

and

ORDER

STEVEN T. WILLIAMS,

        Respondent and Appellee.

On November 10, 2021, this Court ordered that self-represented Appellant Davina Attar-Williams (Davina) file and serve her opening brief no later than December 10, 2021. On December 13, 2021, Davina filed an Emergency Motion to Combine Cause Nos. DA 21-0350 and 21-0630 and Extend the Deadline to File the Opening Brief for DA 21-0350. Appellee Steven Thomas Williams (Steve) responds in opposition, stating that Davina's motion to extend is untimely. Both Davina and Steve are licensed attorneys with the State Bar of Montana.

Davina states that she seeks to combine her appeals. She explains that her instant appeal of a June 22, 2021 contempt order—issued in the Yellowstone County District Court—is related to her appeal of a November 15, 2021 contempt order, filed contemporaneously with her instant Motion and also issued in the same underlying parenting case. Davina further states that "it makes more sense and is easier for this Court and both parties to consolidate both appeals in to one set of briefing . . . ."

Steve requests that this Court deny Davina's motion to extend the time for her opening brief and that this Court dismiss this appeal. Steve points out that Davina missed the original deadline to file her opening brief and that this Court extended her deadline *sua sponte* in its November 10, 2021 Order. He puts forth that the November 10, 2021

Order stated: "Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice." Steve adds that her emergency motion has no justification, pursuant to M. R. App. P. 26(2) and this Court's prior Order.

This Court finds no emergency with Davina's motion. This Court observes that she did not file a motion for extension of time at least seven days before the brief was due. M. R. App. P. 26(2). Davina did not file her opening brief on or before December 10, 2021, after being ordered to do so. M. R. App. P. 13(3). Davina instead chose to file an untimely, meritless motion three days after the deadline. Accordingly,

IT IS ORDERED that Davina's Emergency Motion to Combine Cause Nos. DA 21-0350 and DA 21-0630 and Extend the Deadline to File the Opening Brief for DA 21-0350 is DENIED.

IT IS FURTHER ORDERED that this appeal is DISMISSED with prejudice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all parties.

DATED this ____ day of January, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2